1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAVIER BALBUENA,

11             Petitioner,                    No. 2: 11-cv-0759 JAM KJN P

12        vs.

13   M.D. McDONALD, et al.,

14             Respondents.                   ORDER

15   _____/

16             Petitioner, a state prisoner proceeding without counsel, has filed a petition for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is the amended

18   petition filed May 4, 2011.

19             Because petitioner may be entitled to relief if the claimed violation of

20   constitutional rights is proved, respondents will be directed to file a response to petitioner's

21   habeas petition.

22             In accordance with the above, IT IS HEREBY ORDERED that:

23             1.  Respondents are directed to file a response to petitioner's amended habeas

24   petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

25   Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

26   issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

1

1        2.  If the response to the habeas petition is an answer, petitioner's reply, if any,

2   shall be filed and served within twenty-eight days after service of the answer;

3        3.  If the response to the habeas petition is a motion, petitioner's opposition or

4   statement of non-opposition to the motion shall be filed and served within twenty-eight days after

5   service of the motion, and respondents' reply, if any, shall be filed and served within fourteen

6   days thereafter; and

7        4.  The Clerk of the Court shall serve a copy of this order, the consent/

8   reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and a copy

9   of the *amended* petition for writ of habeas corpus (Dkt. No. 8) pursuant to 28 U.S.C. § 2254 on

10  Michael Patrick Farrell, Senior Assistant Attorney General.

11  DATED:  June 14, 2011

12

13  _____
    KENDALL J. NEWMAN
14  UNITED STATES MAGISTRATE JUDGE

15  bal759.ame

16

17

18

19

20

21

22

23

24

25

26

2